UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 2 0 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  | * |
| Plaintiff, | * |
| v. | * CRIMINAL NO. SA-10-CR-1089(10)-FB |
| LACOE FULTON, | * |
| Defendant. | * |

## ORDER

On this day came on to be considered defendant Fulton's motion to modify terms of probation, the Government's response thereto, as well as the entire record. After due consideration, the defendant's motion to modify terms of probation is hereby in all things DENIED. *as to #13; GRANTED as to #9.*

SIGNED this 20 day of March, 2012.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE