**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

**David J. Bradley**
CLERK OF COURT

FILED
APR 3 0 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

P.O. Box 61010
HOUSTON, TEXAS 77208

To: U. S. District Court
   Western District of TX-San Antonio
   655 E. Cesar E. Chavez Blvd., Room G-65
   San Antonio, TX 78206

Date: April 25, 2012

Re: Transfer of Jurisdiction of Supervised Release or Probation.

SDTX case number: 4:12-cr-227

Your case number: SA-10-CR-1089-10

Dear Clerk,

   Enclosed is an original or certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. There is no need to send copies of the indictment, judgment, and order as we have already obtained copies of these documents from your CM/ECF system. If there are any documents that were not available through Pacer, please forward those documents to our office at your earliest convenience.

David J. Bradley, Clerk of Court
By: _____
Deputy Clerk